UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GAIL RYAN                                              CIVIL ACTION

VERSUS                                                 NO: 06-9900

STATE FARM FIRE & CASUALTY                             SECTION: J(1)
COMPANY, ET AL.

### ORDER AND REASONS

Before the Court is a **Plaintiff's Motion to Remand (Rec. Doc. 5)**. This motion, which was opposed, was set for hearing on the briefs on January 31, 2007. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that for the same reasons set forth by the undersigned in Chieh v. Colony Ins. Co., 2006 WL 3437502 (E.D. La. Nov. 27, 2006) in its discussion of improper joinder of J. Everett Eaves, Inc., Plaintiff's motion to remand should be denied and the claims against Sidney Goodreaux should be dismissed. For the purposes of this motion, the citizenship of AAA Contractors, a "nominee corporation," is not considered. Accordingly,

**IT IS ORDERED** that **Plaintiff's Motion to Remand (Rec. Doc. 5)** should be and hereby is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Sidney

1

Goodreaux are hereby **DISMISSED**.

New Orleans, Louisiana this 2nd day of February, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE